CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 24 2015

JULIA C. DUDLEY, CLERK
BY: BWEEKS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES GLEN SHOMO, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 7:14cv00040 |
| ) | |
| v. ) | |
| ) | |
| APPLE, INC. and JOE FLORES, ) | By: Michael F. Urbanski |
| ) | United States District Judge |
| Defendants. ) | |
| ) | |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 2, 2015, recommending that defendants' motion to dismiss be granted and this case be dismissed with prejudice. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** that the February 2, 2015 report and recommendation (Dkt. # 19) is **ADOPTED** in its entirety, defendants' motion to dismiss (Dkt. # 13) is **GRANTED**, and this matter is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to the pro se plaintiff and to counsel of record.

Entered: February 23, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge